UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CR No. 97-10340-JLT |
| | * | |
| | * | |
| DAVID CAPACHIETTI, | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

December 18, 2006

TAURO, J.

Having reviewed the Plaintiff's <u>Motion for Clarification of Restitution</u>, this court hereby orders that the Plaintiff shall provide information to support its position that the court intended the Defendant's restitution of $120,000.00 be augmented by accrued interest at the rate of 5.285% per annum. Such information should be submitted to this court no later than January 31, 2007.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge